■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT J. TRINCHILLO, Appellant.— Motion to dismiss appeal denied; motion to enlarge defendant's time to argue the appeal granted upon condition that defendant perfect the appeal for the March, 1956, Term, for which term the case is ordered on the calendar; motion to appeal on the original record and five

typewritten briefs granted. (See *People* v. *Pennestri,* 253 N. Y. 318; *People* v. *Vignola,* 253 N. Y. 581, and *People* v. *Glass,* 234 App. Div. 725.)